IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHARRIE OSHUN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11-cv-01575 |
| | ) | |
| v. | ) | The Honorable James B. Zagel |
| | ) | |
| CHASE HOME FINANCE LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Counsel of Record

PLEASE TAKE NOTICE that on Thursday, April 14, 2011 at 10:15a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable James B. Zagel, in Room 2503, United States Courthouse, at 219 South Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in his place and stead, and then and there present Chase Home Finance LLC's *UNOPPOSED* Motion For Extension Of Time To Respond To Plaintiff's Complaint, a copy of which has been filed electronically and herewith served upon you.

Date: March 27, 2011

Respectfully submitted,

By:  /s/ Susan J. Miller Overbey

Victoria R. Collado
(vcollado@burkelaw.com)
Susan J. Miller Overbey
(soverbey@burkelaw.com)
BURKE, WARREN, MACKAY
& SERRITELLA, P.C.
330 N. Wabash Avenue, Floor 22
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900 (fax)
*Attorneys for Chase Home Finance LLC*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 27, 2011, a true and correct copy of the foregoing document was filed electronically using the Court's Electronic Case Filing System. A Notice of Electronic Filing will be sent by electronic mail to all registered counsel of record by operation of the Court's Electronic Filing System.

By:   /s/ Susan J. Miller Overbey

841055.1